## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: The Honorable Leo M. Gordon, Judge

| | |
|---|---|
| Guangzhou Jangho Curtain Wall System Engineering Co., Ltd. et al,<br><br>        Plaintiffs,<br>v.<br><br>United States,<br><br>        Defendant,<br><br>Aluminum Extrusions Fair Trade Committee,<br><br>        Defendant-Intervenor | Ct. No. 17-00017 |

## **STIPULATION OF DISMISSAL**

Please Take Notice that Plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismiss this action. Each party will bear its own costs and fees.

Dated: November 1, 2023

                                                 /s/ J. Kevin Horgan
                                                   Attorney for Plaintiff

                                                   1156 Fifteenth Street, NW
                                                   Street Address

                                                   Washington DC 20005
                                                   City, State and Zip Code

                                                   (202) 783-6900
                                                   Telephone

                                                   *Attorneys for Plaintiffs Guangzhou Jangho Curtain Wall System Engineering Co., Ltd., et al.*

OF COUNSEL:

SCOTT McBRIDE
Office of the Chief Counsel
   For Trade Enforcement & Compliance
Department of Commerce
Washington, DC 20230

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

*Reginald T Blades Jr. by AL*
REGINALD T. BLADES, JR.
Assistant Director

*Aimee Lee*
AIMEE LEE
Assistant Director
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, NY 10278
Tel: (212) 264-9253

*Attorneys for Defendant*

/s/ Alan H. Price
Alan H. Price, Esq.
**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*Attorneys for Defendant-Intervenor
Aluminum Extrusion Fair Trade Committee*

## Order of Dismissal

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                                        By: _____
                                                Deputy Clerk